# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| CSC General Contractors, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| WVMH, LLC, | ) | |
| | ) | Case No.: 1:16-cv-412 |
| Defendant. | ) | |

The court shall conduct a status conference with the parties in the above-entitled action on March 30, 2017, at 10:00 a.m. CST. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2017.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge