# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| CSC General Contractors, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| WVMH, LLC, | ) | Case No. 1:16-cv-412 |
| Defendant. | ) | |

Defendant removed the above-entitled action to this court on December 1, 2016. The court subsequently scheduled a status conference with the parties for March 30, 2017, at 10:00 a.m. However, the court ultimately canceled the conference at the parties' request. There has since been no apparent activity in this case.

The parties shall file a joint status report by March 4, 2018, updating the court on the status of this matter and otherwise advising how they wish to proceed.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2018.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court